1

2

3

4

5                  IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LESTER O TAYLOR,                        No. C 11-01402 SI

9           Plaintiff,                       **ORDER TO SHOW CAUSE WHY CASE**
                                             **SHOULD NOT BE DISMISSED FOR**
10     v.                                    **FAILURE TO PROSECUTE**

11    WELLS FARGO BANK, N.A.; WELLS
     FARGO HOME MORTGAGE; WORLD
12   SAVINGS BANK; CAL WESTERN
     RECONVEYANCE; and DOES 1-50,
13   Inclusive,

14           Defendants.
                                         /
15

16          On August 25, 2011, defendants filed a motion to dismiss plaintiff's amended complaint.  The

17   motion is scheduled for a hearing on October 7, 2011.  Pursuant to Civil Local Rule 7-3(a), plaintiff's

18   opposition was due by September 8, 2011.  Plaintiff has not yet filed an opposition.

19           This is not the first time plaintiff has failed to appropriately file in his case.  On June 3, 2011,

20   the Court granted defendants' motion to dismiss without prejudice, with leave to file an amended

21   complaint by June 24, 2011.  Plaintiff filed a document on that date with the caption "plaintiff's

22   opposition to [defendants'] motion to dismiss."  Doc. 19.  Despite the fact the filing did not include the

23   information the Court ordered plaintiff to include in his amended complaint, the Court construed the

24   filing as an amended complaint.  Doc. 22.  Plaintiff also did not file a case management statement or

25   appear at the scheduled  case management conference on July 1.  *Id.* at 2.

26          Plaintiff is hereby **ORDERED TO SHOW CAUSE in writing to be filed no later than**

27   **October 7, 2011**, why this case should not be dismissed without prejudice for failure to prosecute.  *See*

28   Fed. R. Civ. Proc. 41(b).  Plaintiff is notified that an inadequate or untimely response will result in

United States District Court
For the Northern District of California

dismissal.

The October 7, 2011 hearing on defendants' motion to dismiss is VACATED, and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated: September 20, 2011

SUSAN ILLSTON
United States District Judge