IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER O. TAYLOR, | No. C 11-01402 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; WORLD SAVINGS BANK; CAL WESTERN RECONVEYANCE; and DOES 1-50, Inclusive, | |
| Defendants. | |

On August 25, 2011, defendants filed a motion to dismiss plaintiff's amended complaint. After the plaintiff failed to file an opposition, on September 20, 2011, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. Doc. 29. As the Court noted in its order, plaintiff has repeatedly failed to appropriately file in this case. *Id.* The Court gave plaintiff until October 7, 2011 to file an opposition to defendants' motion. It has now been over a month since that date.

Furthermore, the last two notices sent by the Clerk's office have been returned to the Court as undeliverable. *See* Doc. 31 and 32. Local Rule 3-11 requires a plaintiff to inform the Court of any address change. The Court therefore DISMISSES plaintiffs' action for failure to provide a valid address, pursuant to Rule 3-11(b)(1). Plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 15, 2011

SUSAN ILLSTON
United States District Judge