IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER O. TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; WORLD SAVINGS BANK; CAL WESTERN RECONVEYANCE; and DOES 1-50, Inclusive,<br><br>    Defendants.<br>                                           / | No. C 11-01402 SI<br><br>**JUDGMENT** |

This action has been dismissed without prejudice for failure to inform the Court of any address at which to reach plaintiff. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 15, 2011

SUSAN ILLSTON
United States District Judge